UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20491-CIV-ALTONAGA/Goodman

SEACOAST CONSTRUCTION, INC.,

    Plaintiff,
v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.
_____/

# FINAL JUDGMENT

Pursuant to the Court's Order [ECF No. 50] granting Defendant, JPMorgan Chase Bank, N.A.'s Dispositive Motion for Summary Judgment [ECF No. 25], and denying Plaintiff, Seacoast Construction, Inc.'s Amended Motion for Reconsideration of the Court's Order Dated June 25, 2020 . . . and/or Renewed Motion for Leave to Modify Scheduling Order and File Amended Complaint [ECF No. 40], it is

**ORDERED AND ADJUDGED** that final judgment is entered in favor of Defendant, JPMorgan Chase Bank, N.A., and against Plaintiff, Seacoast Construction, Inc., for which let execution issue.

**DONE AND ORDERED** in Miami, Florida, this 13th day of August, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record